UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>        Defendants. | Case No.  14-cv-05179-JST<br><br>**ORDER REFERRING CASE FOR DETERMINATION OF RELATED STATUS** |

Plaintiff National Trust for Historic Preservation filed this action on November 24, 2014, seeking declaratory and injunctive relief regarding the proposed sale of the Berkeley Main Post Office to a private party.  ECF No. 1.  NTHP contends that the sale would violate the National Historic Preservation Act and the National Environmental Policy Act, and seeks an injunction to prevent the sale.  Id.

The case appears potentially to be related to an earlier case now pending before Judge William Alsup, City of Berkeley v. United States Postal Service, Case No. 3:14-cv-04916-WHA.  That case also involves the Berkeley Main Post Office.  Plaintiff City of Berkeley makes similar arguments to those made by the NTHP, and seeks similar relief.

Accordingly, pursuant to Civil Local Rule 3-12(c), the undersigned now refers this case to Judge Alsup to consider whether the cases are related.  The Clerk is directed to serve a copy of this

/ / /

/ / /

/ / /

/ / /

1  order on all parties in both cases.

2  IT IS SO ORDERED.

3  Dated: November 26, 2014

4  _____
JON S. TIGAR
5  United States District Judge

United States District Court
Northern District of California